UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61760-CIV-DIMITROULEAS

CRAIG JASON HEWELL,

    Plaintiff,
v.

NOR-SEG SECURITY SERVICES INC.,

    Defendant.
_____/

### ORDER DENYING JOINT MOTION FOR *IN CAMERA* INSPECTION OF SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of Confidential Agreement and Dismissal of Case With Prejudice [DE 22], filed March 3, 2017. The Court has carefully considered the Joint Motion and is otherwise fully advised in the premises.

Plaintiff claims that the Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. [DE 1].   As this Court has informed the parties, any settlement, bargain, or other compromise resolving an FLSA claim must either be presented to the Secretary of Labor or scrutinized by the district court for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); [DE 4]. Furthermore, the Court warned the parties on July 25, 2016 that:

> [S]ettlement agreements may not be filed under seal, unless there are extraordinary circumstances.   *See Brown v. Advantage Eng'g Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case.   Absent a showing of extraordinary circumstances . . . the court file must remain accessible to the public.").   The Court emphasizes that any circumstance to file under seal must be truly extraordinary to justify keeping the agreement from the public court file. As a result, the Court is unlikely to grant motions to file FLSA settlement agreements under seal.

1

[DE 4].

Notwithstanding this warning, the parties have asked the Court for permission to review their settlement agreement *in camera* without putting it on the public record.  The Court shall deny the parties' request because it is in the public interest to have FLSA settlements in the public record.  The parties' desire to maintain the confidentiality of a settlement agreement does not constitute extraordinary circumstances.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Joint Motion for Court Approval of Confidential Agreement and Dismissal of Case With Prejudice [DE 22] is **DENIED**.

2. The parties shall file the settlement agreement on the record for the Court's review on or before March 13, 2017.  Alternatively, they shall file a notice stating that the case is no longer settled and that they are continuing litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record