UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-61760-Dimitrouleas

CRAIG HEWELL,

    Plaintiff,

v.

NOR-SEG SECURITY SERVICES, INC.

    Defendant.

_____/

## RENEWED JOINT MOTION FOR COURT APPROVAL OF CONFIDENTIAL SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Parties, by and through their undersigned counsel, respectfully move this Court for review and approval of their Confidential Settlement Agreement, Waiver and Release, and dismissal of this case with prejudice, with the Court to retain jurisdiction to enforce the terms of the settlement. In support thereof, the Parties state as follows:

1. On March 7, 2017, the Court denied the Parties' Joint Motion for Court Approval of Confidential Agreement and Dismissal of Case With Prejudice [DE 22] because the motion sought *in camera* review of the Parties' settlement agreement.

2. Accordingly, the Parties now renew their motion for Court approval of their settlement agreement without *in camera* review. Attached as Exhibit A is the Parties' settlement agreement.

3. Plaintiff filed this case against Defendant pursuant to the Fair Labor Standards Act alleging he was owed certain wages. Defendant denies Plaintiff's allegations and affirms several

defenses. The parties each acknowledge the weaknesses in their case and prefer to avoid the uncertainty and expense of litigation.

4. The Parties reviewed all allegations, pay records and engaged in extensive settlement negotiations through their respective counsel. The parties have each executed a Confidential Settlement Agreement Waiver and Release setting forth the details of their resolution. All parties and counsel believe the Agreement is fair, reasonable and adequate.

5. The Parties respectfully request that upon the Court enter an Order Approving Settlement Agreement, Dismissing Complaint with Prejudice, reserving jurisdiction to enforce the terms of the settlement agreement, and Closing Case. See <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

WHEREFORE, the Parties respectfully request this Court approve the Parties' settlement agreement, dismiss this case with prejudice, and reserve jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

s:/Blanca R. Sordo
Blanca R. Sordo, Esq.
Florida Bar No. 196037
Martinez & Sordo, P.A.
7300 N. Kendall Dr.
Suite 380
Miami, Florida 33156
Telephone: (305) 670-6767
Facsimile: (786) 472-7030
blanca@martinezsordolaw.com

s:/Elliot A. Kozolchyk
Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
Koz Law, P.A.
320 S.E. 9th St
Fort Lauderdale, FL 3331
Telephone (786) 924-9929
Facsimile (786) 358-6071
ekoz@kozlawfirm.com