UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61760-CIV-DIMITROULEAS

CRAIG JASON HEWELL,

    Plaintiff,

v.

NOR-SEG SECURITY SERVICES INC.,

    Defendant.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT;
DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon the Renewed Joint Motion for Court Approval of Confidential Settlement and Dismissal of Case with Prejudice [DE 24], filed herein on March 13, 2017. The Court has carefully considered the Motion and the attached Settlement Agreement [DE 24-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion to Approve Settlement [DE 24] is **GRANTED**;

2. The parties' Settlement Agreement is hereby **APPROVED**;

3. This case is **DISMISSED** with prejudice;

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED**, in Chambers, at Fort Lauderdale, Broward County, Florida, this 15th day of March, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record